UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Van Jenkins,

                Plaintiff,        Case No. 24-12279

v.                                    Judith E. Levy
                                      United States District Judge

Edward Joe Shoen, et al.,

                                      Mag. Judge David R. Grand

                Defendants.

_____/

## ORDER TO SUPPLEMENT THE RECORD [2]

Plaintiff Van Jenkins filed the complaint in this matter on August 23, 2024. (ECF No. 1.) Plaintiff also filed an application to proceed in the district court without prepaying fees or costs on August 23, 2024 ("Application"). (ECF No. 2.) Plaintiff is self-represented or *pro se*.

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). "Inadequate completion of an application to proceed *in forma pauperis* has been found to be grounds for denial of that application in the Eastern District of

Michigan." *Brown v. Berryhill,* No. 17-11577, 2017 WL 2471279, at *2 (E.D. Mich. June 8, 2017).

Here, Plaintiff's Application to proceed *in forma pauperis* is incomplete. Plaintiff does not fully answer questions 2, 4, 5, 6, and 8 and instead writes, "see the attached." (ECF No. 2, PageID.110–111.) Plaintiff does not provide those attachments. Plaintiff also discloses that he receives Supplemental Security Income in response to question 3(f) but does not describe the amount received and what he expects to receive in the future. (*See id.*, PageID.110.) Accordingly, Plaintiff must file a revised application with completed information by **January 29, 2025.**

IT IS SO ORDERED.

Dated: January 8, 2025       s/Judith E. Levy
    Ann Arbor, Michigan       JUDITH E. LEVY
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2025.

                                                        s/William Barkholz
                                                        WILLIAM BARKHOLZ
                                                        Case Manager